## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARILYN KATZ, and PHILLIP BLISS, | ) | 8:08CV347 |
| Plaintiffs, | ) | |
| v. | ) | ORDER |
| SUNSET FINANCIAL SERVICES, INC., and BRYAN S. BEHRENS, | ) | |
| Defendants. | ) | |

On the Court's own motion, in an effort to relieve any confusion that may have been caused by recent filings in this matter,

IT IS ORDERED:

1. The Clerk of the Court is directed to edit the docket text to reflect that Filing No. 23 is a Motion for Judicial Notice of the attached exhibits; and

2. Plaintiffs and Defendant Bryan S. Behrens shall file their responses, if any, to Defendant Sunset Financial Services, Inc.'s motions (Filing Nos. 21 and 23) on or before November 7, 2008.

DATED this 22nd day of October, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge