# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARILYN KATZ and PHILLIP BLISS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | 8:08CV347 |
| ) | |
| SUNSET FINANCIAL SERVICES, INC. ) | ORDER |
| and BRYAN S. BEHRENS, ) | |
| ) | |
| Defendants. ) | |

The court has reviewed the Report of Parties' Rule 26(f) Planning Conference (Doc. 32) and agrees that the parties should be given an extension of time to complete the report.

**IT IS ORDERED** that the parties shall complete their conference pursuant to Fed. R. Civ. P. 26(f) and file their planning report with the court within 21 days after the district court rules on the Motion to Dismiss (Doc. 21) filed by Sunset Financial Services, Inc.

**DATED November 3, 2008.**

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　**s/ F.A. Gossett**
　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**