## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SECURITIES & EXCHANGE COMMISSION,** | ) | **CASE NO. 8:08CV13** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER LIFTING STAY** |
| **v.** | ) | |
| | ) | |
| **BRYAN S. BEHRENS and NATIONAL INVESTMENTS, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

On March 4, 2009, proceedings in this case, and in several related cases, were stayed at the request of the Receiver. (*See* Filing No. 107). The matter is now before the court on the "Motion by Certain Investors to Lift the Stay." (Filing No. 222). Upon the representation in their brief that the moving investors are not attempting to circumvent the Receiver's claims process, and after consultation with the Receiver who does not object to the lifting of the stay,

**IT IS ORDERED** that the "Motion by Certain Investors to Lift the Stay" (Filing No. 222) is granted, as follows:

1.   The stay entered on March 4, 2009, is hereby dissolved to the extent the stay applies to lawsuits filed by the moving investors.

2.   The Clerk of the Court is directed to file this order electronically in the following cases:

| | |
|---|---|
| 8:08cv324 | Carlson v. Sunset Financial Services |
| 8:08cv335 | Lustgraaf v. Sunset Financial Services |
| 8:08cv347 | Katz v. Sunset Financial Services |
| 8:08cv399 | Poole v. Sunset Financial Services |

8:08cv422    Lohrman v. Sunset Financial Services
8:08cv436    Vacanti v. Sunset Financial Services
8:09cv013    Green v. Sunset Financial Services
8:08cv044    Vacanti v. Sunset Financial Services
8:08cv523    Behrens v. Arch Insurance Company

DATED this 15th day of December, 2010.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge